IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARVIN L. BROWN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV217 |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| ROBERT HOUSTON, et al., | ) | **AND ORDER** |
| | ) | |
| Defendants. | ) | |

Plaintiff has filed a motion (Filing No. 10) requesting the return of his Complaint and its attached exhibits, which include many original medical and Social Security Administration records.

This court's local rules provide, in relevant part:

**(f) Official Record.** The clerk does not maintain a paper court file in any case unless required by law or local rule. When a document is filed electronically, the official record is the electronic recording of the document as stored by the court, and the filing party is bound by the document as filed.

> **(1) Documents Filed Nonelectronically.** The official record also includes documents filed nonelectronically under local rule.

> **(2) Original Documents Scanned and Discarded.** The clerk scans and discards original documents brought to the clerk for filing unless the document's size or nature requires that it be kept in a paper format. *An attorney who wishes to have an original document returned after the clerk scans and uploads it to the System may, before submitting the document to the clerk, ask the assigned judge for written authorization for the document's return. Authorization is granted on a case-by-case basis. The court does not allow blanket authorizations for the return of all original documents filed by an attorney or office.*

> **(3) Copies of Filings.** A party who requests a copy of a paper document submitted for filing must, at the time of filing, supply the clerk's office with the copy and, if the return is to be made by mail, a self-addressed, stamped envelope.

[NECivR 5.1](f) (emphasis added).

Here, Plaintiff did not ask the undersigned judge for the return of his original documents prior to submitting them to the clerk's office for filing, nor did he provide a self-addressed, stamped envelope for the return of his original documents. However, because the documents at issue are original medical and Social Security Administration records, I shall direct the clerk of court to return the documents to Plaintiff if they are still in the clerk's possession. Plaintiff is cautioned that this is a one-time accommodation, and he shall follow the court's local rules for future filings.

IT IS ORDERED:

1. Plaintiff's motion (Filing No. 10) requesting the return of his Complaint and its attached exhibits is granted;

2. The clerk of court shall return to Plaintiff the original documents that comprise Filing No. [1](#) and its attachments *if* the clerk of court still maintains possession of such documents; and

3. Plaintiff is cautioned that this is a one-time accommodation, and he shall follow the court's local rules for future filings.

DATED this 1st day of June, 2016.

BY THE COURT:
*Richard G. Kopf*
Senior United States District Judge