IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARVIN L. BROWN JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) |
| | ) 8:16CV217 |
| ROBERT HOUSTON, Director, in his official and individual capacity, MICHAEL KENNEY, Director, in his official and individual capacity, SCOTT FRAKES, Director, in his official and individual capacity, DIANE SABAKA RHINE, Associate Director, in her official and individual capacity, RANDY KOHL, Medical Director, in his official and individual capacity, FRANCIS BRITTEN, Warden, in his official and individual capacity, MARIO PEARTZ, Warden, in his official and individual capacity, BRIAN GAGE, Warden, in his official and individual capacity, SCOTT BUSBOOM, Associate Warden, in his official and individual capacity, SHAWN SHERMAN, Unit Admin., in his official and individual capacity, DR. JEFF DAMME, in his official and individual capacity, DR. CASEBOLT, in his official and individual capacity, KIMBERLY DOHT, APRN, in his official and individual capacity, CHERYL FLINN, in her official and individual capacity, LUE YOUNG, in her official and individual capacity, CHRIS, PA/RNs, in his official and individual capacity, T PELLA, CPL Officer, in his official and individual capacity, TAYLOR, in his official and individual capacity, and FALK, Caseworker and Case Manager, in his official and individual capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ORDER ) ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

IT IS ORDERED that the plaintiff's motion to extend time to pay initial partial filing fee (filing no. 13) is granted. The plaintiff's initial partial filing fee is due on or before July 18, 2016.

DATED this 7th day of June, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge